## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | | |
|---|---|---|
| **Estate of Trevor Neil Hawkins-Varinecz, by and through Thomas Varinecz as the Personal Representative,** | ) ) ) | **Case No.: 4:11-cv-2638-TLW** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| **Carolina Forest High School, Horry County School District, South Carolina State Department of Education, and Horry County Police Department,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

## NOTICE OF SETTLEMENT

The Plaintiff hereby gives notice that he has settled all of his claims asserted in this action

as to all Defendants and the Settlement has been approved.  A copy of the Order Approving

Settlement is attached.

> *s/ C. Carter Elliott, Jr.*
> C. Carter Elliott, Jr.
> U.S.D.C. Bar # 5423
> Elliott & Phelan, LLC
> P.O. Box 1405
> Georgetown, SC  29442
> (843) 546-0650 (phone)
>
> J. Edward Bell, III
> Bell Legal Group
> 232 King Street
> Georgetown, SC  29440
> (843) 546-2408 (phone)
>
> *Attorneys for the Plaintiff*

January 10, 2013
Georgetown, South Carolina