# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Estate of Trevor Neil Hawkins-Varinecz, by and through Thomas Varinecz as the Personal Representative, | Case No.: 4:11-cv-02638-TLW-TER |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Carolina Forest High School, Horry County School District, South Carolina State Department of Education, and Horry County Police Department, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, it is hereby stipulated by the parties hereto that Plaintiff's claims against Defendants are hereby dismissed with prejudice.

Dated this 8th day of February, 2013.


  /s/ J. Edward Bell, III_____
J. Edward Bell, III, Esquire, Federal ID #01280
Bell Legal Group
Post Office Box 2590
Georgetown, SC 29442

  /s/ Carter Elliott, Jr._____
C. Carter Elliott, Jr., Esquire, Federal ID #5423
Elliott & Phelan, LLC
117 1/2 – 119 1/2 Screven Street
Georgetown, SC 29440
Attorneys for Plaintiff

 /s/ Leigh Powers Boan
William Doar, Esquire, Federal ID #554
Leigh P. Boan, Esquire, Federal ID #7943
Richard M. Smith, Esquire, Federal ID #4201
McNair Law Firm
Post Office Box 1469
11019 Ocean Highway
Pawleys Island, SC 29585
Attorneys for Defendants
Carolina Forest High School
and Horry County School District


  /s/ Michael D. Freeman
Michael D. Freeman, Esquire, Federal ID #9402
Griffith, Sadler and Sharp, P.A.
Post Office Drawer 570
Beaufort, South Carolina 29901
Attorneys for South Carolina
State Department of Education


  /s/ Michael B. Wren
William H. Davidson, II, Federal ID #0425
Michael B. Wren, Federal ID #7852
Davidson and Lindemann, P.A.
Post Office Box 8568
Columbia, South Carolina 29202
Attorneys for Horry County Police Department